COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-180-CV

IN RE GERALD ANTHONY WRIGHT RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and the State's response and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL B: DAY, LIVINGSTON, and WALKER, JJ.

DELIVERED: July 1, 2003

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.